IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01788-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

NANCIE A. MUNSEY,

    Plaintiff,

v.

THE ELIZABETH C-1 SCHOOL DISTRICT & BOARD OF EDUCATION,
BART CHRISTENSEN,
CYNTHIA GROMELSKI,
JOEL JOHNSON,
MARCIA BEACH-LYONS,
BRUCE F. BARTLETT,
JAMES ECK,
THERESA M. SLADE,
COLORADO'S 18TH JUDICIAL DISTRICT,
JOHN P. LEOPOLD,
JEFFREY HOLMES,
COLORADO'S 18TH JUDICIAL DISTRICT DA'S OFFICE,
JAMES J. PETER,
CAROL CHAMBERS,
TOM JACKSON,
CAROLYN O'HARA,
STEPHEN FAUVER,
GINA MORELLI,
COLORADO PUBLIC DEFENDER'S OFFICE,
DAVID S. KAPLAN,
DOUGLAS K. WILSON, and
COLORADO'S 18TH JUDICIAL PUBLIC DEFENDER'S OFFICES,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

Plaintiff has filed *pro se* a Complaint (ECF No.1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). Plaintiff will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) is GRANTED. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. It is

FURTHER ORDERED that process shall not issue at this time.

DATED July 9, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge